**No. 54783.**—Wm. Brand & Co. *v.* United States, protest 54450–K (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 54784.**—Hecht Levis & Kahn, Inc., et al. *v.* United States, protests 150949–K, etc. (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54785.**—Boutross Co. et al. *v.* United States, protests 154966–K, etc. (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

OCTOBER 25, 1950

**No. 54786.**—Fred Benioff *v.* United States, petitions 6671–R and 6695–R.— Petitioner's application for rehearing denied.

OCTOBER 24, 1950

**No. 54787.**—SUIT 4627.—Geo. S. Bush & Co., Inc. *v.* United States. 1169 affirmed May 9, 1950.   C. A. D. 435.

BEFORE THE FIRST DIVISION, OCTOBER 30, 1950

**No. 54788.**—A. Diagonale & Sons, Inc., et al. *v.* United States, protests 159658–K, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.